UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| LATOSHA A. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| TONY E. WARD, SR., KELLY HOPE, BLACK | ) | 5:24-CV-557-BO-KS |
| MEADOWS HOMEOWNERS ASSOCIATION, | ) | |
| NATIONSTAR MORTGAGE LLC, | ) | |
| *d/b/a Mr. Cooper*, USAA, and BLACKSTONE | ) | |
| MEADOWS HOMEOWNERS ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by the Court.**

This *prose* matter comes before the Court on twenty-eight separate motions.

**IT IS ORDERED, ADJUDGED AND DECREED** that this Court lacks subject matter jurisdiction over several of the named Defendants in this case, and where jurisdiction may be properly exercised, Plaintiffs allegations are so threadbare and wholly devoid of factual support that the Court cannot make out a claim entitling her to relief. All present motions to dismiss [DE 14, 26, 28, 32, and 38] be GRANTED IN FULL. All other motions filed by Defendant Blackstone Meadows [DE 49], Defendant Ward [DE 51], Defendant USAA [DE 30], Defendant Nationstar [DE 19], and Plaintiff [DE 34, 44, 46, 58, 59, 60, 61, 62, 64, 72, 79, 80, 81 , 83, 84, 92, 93, 94, 95, and 96] are DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on September 3, 2025, and served on:**
Latosha A. Ward (via US Mail to P.O. Box 13281, Durham, NC 27709)
Tony E. Ward, Sr. (via CM/ECF Notice of Electronic Filing)
R.L. Adams (via CM/ECF Notice of Electronic Filing)
Nathan Taylor (via CM/ECF Notice of Electronic Filing)
Scott Perle (via CM/ECF Notice of Electronic Filing)
Nicole Bleuer (via CM/ECF Notice of Electronic Filing)
Luke Dalton (via CM/ECF Notice of Electronic Filing)

September 3, 2025

**PETER A. MOORE, JR., CLERK**
*Lindsay Stouch*
By: Deputy Clerk